FRANK H. COYNE, as Trustee, Appellant, *v.* NEW YORK STATE TEACHERS' RETIREMENT SYSTEM, Respondent.

Argued April 19, 1940; decided May 21, 1940.

*Leon London* and *I. Maurice Wormser* for appellant.

*Pliny W. Williamson, Thomas J. Whalen* and *Francis K. Raynor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, SEARS and CONWAY, JJ. Dissenting: FINCH, RIPPEY and LEWIS, JJ.